NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL B. OLIVER,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2023-1828

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-2021, Chief Judge Margaret C. Bartley.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Michael B. Oliver's unopposed motion to dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the appeal is dismissed.

2                                                    OLIVER v. MCDONOUGH

(2)  Each side shall bear its own costs.

FOR THE COURT

August 21, 2023                          /s/ Jarrett B. Perlow
        Date                             Jarrett B. Perlow
                                         Clerk of Court

ISSUED AS A MANDATE:  August 21, 2023